IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **GORDON ROY PARKER** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | |
| | : | |
| **CITY HOUSE HOSTELS,** An (Apparently) Unlicensed Pennsylvania Business, **WWW.CITYHOUSEHOSTELS.COM**, A Website**, XYZ CORPORATION,** A Pseudonym and **JOHN DOES 1-5,** In Their Individual Capacity | : : : : : : | **NO. 17-2540** |

## ORDER

**NOW**, this 22nd day of November, 2017, upon consideration of Plaintiff's Motion for Reconsideration of Dismissal (Document No. 4), it is **ORDERED** that the motion is **DENIED**.

/s/TIMOTHY J. SAVAGE